RECEIPT # _____
AMOUNT $ 250
SUMMONS ISSUED Y-3
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK. _____
DATE____ 6-14-05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.

| | |
|---|---|
| **MOHAMED DJEBBAR – A95-477-062**<br>    **Plaintiff**<br>    v.<br><br>**ALBERTO GONZALES, U.S. Attorney General;**<br>**U.S. DEPARTMENT OF HOMELAND SECURITY;**<br>**and U.S. CITIZENSHIP AND IMMIGRATION**<br>**SERVICES,**<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

05 - 11243 JLT

**PLAINTIFF'S ORIGINAL COMPLAINT FOR    MAGISTRATE JUDGE _Alexander_**
**WRIT OF MANDAMUS**

This action is brought by the Plaintiff, Mohamed Djebbar – Alien Registration Number

A95-477-062, against the Defendants to compel action on an application to adjust status properly

filed by the Plaintiff. The application remains within the jurisdiction of the Defendants, who

have improperly withheld action on said application to the Plaintiff's detriment.

## **PARTIES**

1.     The Plaintiff, **Mohamed Djebbar,** is a 31 year old native and citizen of Algeria who last

entered the United States on February 2, 2000. The Plaintiff applied for adjustment of status

pursuant to INA section 245(i) on April 22, 2002. The Plaintiff resides at 44 Revere Parkway,

#2, Revere, Massachusetts.

2.     The Defendant, **Alberto Gonzales,** is being sued in his official capacity as the Attorney

General of the United States. In this capacity, he is responsible for the administration of the

immigration laws, pursuant to 8 U.S.C., section 1103, and he possesses extensive discretionary

powers to grant certain relief to aliens. More specifically, the Attorney General is responsible

for the adjudication of applications to adjust status pursuant to section 245 of the Immigration and Nationality Act ("INA"). 8 U.S.C. section 1426. The U.S. Citizenship and Immigration Services is an agency within the Department of Justice to whom the Attorney General's authority has in part been delegated, and is subject to the Attorney General's supervision.

3.      The Defendants, **Department of Homeland Security (hereinafter "DHS") and the U.S. Citizenship and Immigration Services (hereinafter "CIS")** are the agencies responsible for enforcing the INA and for adjudicating the application to adjust status filed by the Plaintiff.

## JURISDICTION

4.      Jurisdiction in this case is proper under 28 U.S.C. sections 1331 and 1361, 5 U.S.C. section 701 et seq., and 28 U.S.C. section 2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

5.      Venue is proper in this court, pursuant to 28 U.S.C. section 1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred. More specifically, the Plaintiff's application to adjust status was properly filed and, to the Plaintiff's knowledge, remains pending with the CIS office in Boston, Massachusetts.

## EXHAUSTION OF REMEDIES

6.      The Plaintiff has exhausted his administrative remedies. On April 5, 2004 the Plaintiff attended an interview at the CIS in Boston, MA in connection with his application to adjust status. After the interview the Plaintiff and his attorney made many inquiries regarding the status

2

of the application. However, as of this date, the CIS has failed to make a decision on the Plaintiff's application.

## CAUSE OF ACTION

7.    On February 2, 2000 the Plaintiff entered the United States without inspection and has resided in the United States since the date of his entry. On April 17, 2001, the Plaintiff's employer filed an application for alien labor certification on the Plaintiff's behalf. On October 18, 2001, the Department of Labor approved the application. By notice dated February 25, 2002, the Vermont Service Center approved the Plaintiff's employer's visa petition and on April 22, 2002, the Plaintiff filed an application to adjust status pursuant to INA section 245(i). (Copies of the Plaintiff's Application to Adjust Status – Form I-485 – and supporting documents, together with receipt notices, as filed with the Vermont Service Center are attached hereto as Exhibit A). The Plaintiff paid all required fees for his applications and has complied in all respects with the Immigration and Nationality Act regarding his application to adjust status. On April 5, 2004, the Plaintiff attended an interview on the application to adjust status at the Boston CIS office. The Exams Officer did not approve the application at the interview, but indicated there were no problems with the case and that the Plaintiff would receive a decision in the mail.

8.    Subsequent to April 5, 2004, the Plaintiff and his attorney have made many inquiries regarding the status of the application to adjust status. (Copies of the letters of inquiry are attached hereto as Exhibit B). As of this date, the CIS has not responded to the inquiries and has failed and/or refused to adjudicate the application.

9.    In the most recent inquiry regarding the status of his application the Plaintiff notified the CIS that his sister in Algeria died and he desperately wanted to see his family. The government's failure to adjudicate the Plaintiff's application to adjust status has caused the Plaintiff to suffer

3

constant anxiety and has put his life on hold. The Plaintiff was not able to attend his sister's funeral and continues to grieve without being able to see his family members in Algeria. The CIS' failure to adjudicate his application has had a profound impact on the Plaintiff and he is entitled to a decision on the application.

10.     The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. section 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case. The Plaintiff is entitled to a decision on his application to adjust status and demands that the Defendants make such a decision. The Plaintiff now seeks a Court order requiring the Defendants to adjudicate his application.

## PRAYERS FOR RELIEF

WHEREFORE the Plaintiff respectfully prays that this honorable Court enter an order:

(a)     requiring Defendants to adjudicate the Plaintiff's application to adjust status;

(b)     awarding the Plaintiff all costs and reasonable attorney's fees associated with this matter; and

(c)     granting such other relief at law and in equity as justice may require.

**Respectfully submitted,**
**Mohamed Djebbar**
**By his attorney,**

**Anthony Drago, Esq. (BBO#552437)**
**Anthony Drago, Jr., P.C.**
**35 India Street**
**Boston, MA 02110**
**(617) 357-0400**

4

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|---|
| EAC-02-174-51749 | | | RESIDENT STATUS |
| **RECEIVED DATE** | **PRIORITY DATE** | **APPLICANT** | A95 477 062 |
| April 22, 2002 | | | DJEBBAR, MOHAMED |
| **NOTICE DATE** | **PAGE** | | |
| April 27, 2002 | 1 of 1 | | |

| | |
|---|---|
| ANTHONY DRAGO ESQ | **Notice Type:** Receipt Notice |
| LAW OFFICE OF ANTHONY DRAGO | |
| 35 INDIA ST | Amount received: $ 1305.00 |
| BOSTON MA 02110 | Section: Adjustment as direct |
| | beneficiary of immigrant |
| | petition |

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



# THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| Fingerprint Notification | May 15, 2002 |

| CASE TYPE | | | INS A# |
|---|---|---|---|
| I485 Application To Adjust To Permanent Resident Status | | | A 095 477 062 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| FPS*001885251 | April 22, 2002 | April 22, 2002 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MOHAMED DJEBBAR
c/o ANTHONY DRAGO ESQ
ANTHONY DRAGO ESQ
35 INDIA ST
BOSTON MA 02110



llnnnldndlnllllnn

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| INS BOSTON | 06/25/2002 |
| 170 PORTLAND STREET | 09:00 AM |
| BOSTON MA 02114 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF:**
1. YOU HAVE BEEN FINGERPRINTED WITHIN THE LAST 90 DAYS,
2. YOUR APPLICATION HAS ALREADY BEEN GRANTED, OR
3. YOU WERE UNDER 14 YEARS OF AGE OR OVER 79 (75 FOR NATURALIZATION APPLICANTS) AT THE TIME YOUR APPLICATION WAS FILED.

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon  ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS BOSTON
170 PORTLAND STREET
BOSTON MA 02114

If you have any questions regarding this notice, please call 1-800-375-5283.      REPRESENTATIVE COPY

**APPLICATION NUMBER**
FPS*001885251

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 09/07/93)N

# ANTHONY DRAGO, JR., P.C.*

35 INDIA STREET
2ND FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-357-0400

FACSIMILE: 617-357-8353

*Also admitted in New York

April 18, 2002

**BY U.S. PRIORITY MAIL**
U.S. INS
Eastern Service Center
75 Lower Welden St.
St. Albans, VT 05479-0001

Re:    **Application to Adjust Status - Form I-485 - Approved Visa Petition**
       **Beneficiary:  Mohamed Djebbar**

Dear Sir/Madam:

Enclosed please find the following documents filed by Mohamed Djebbar the beneficiary of an approved visa petition from his employer: 1. Medical Exam and photos; 2. G-28 with Money Orders totaling $1,425.00; 3. Application to Adjust Status - Form I-485; 4. Form I-485 Supplement A; 5. Form I-765; 6. Forms G-325 and I-181; 7. Notice of Approval of Form I-140 with priority date of April 17, 2001 plus copy of labor certification approval with priority date prior to April 30, 2001; 8. Birth Certificate for Mohamed Djebbar and Copy of Passport plus proof of physical presence in United States on December 21, 2000.

As you can see from the enclosed documentation the beneficiary is clearly eligible to adjust his status under INA section 245(i) based on the original priority date for his application for alien labor certification. Should you have any questions regarding the petitions or any of the supporting documentation, please contact me. Otherwise, kindly approve the application for employment authorization, schedule my client for fingerprints and notify this office when the application to adjust status has been approved.

Thank you for your attention to this matter.

Sincerely,

Anthony Drago

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance as Attorney or Representative**

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Date | 03/25/2002 |
|---|---|---|
| | File No. | N/A |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | ☐ Petitioner | ☒ Applicant | |
|---|---|---|---|---|---|
| Mohamed | Djebbar | | ☐ Beneficiary | | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| 2 | 44 Revere Beach Parkway | Revere | MA | 02151 |

| Name | | ☐ Petitioner | ☐ Applicant |
|---|---|---|---|
| | | ☐ Beneficiary | |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | | | | |

*Check applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia **Massachusetts** and am not under a court or administrative agency

Name of Court

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request.    *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Law Office of Anthony Drago |
| | 35 India Street |
| | **Boston**        MA  02110 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| **Anthony Drago, Esq.** | 617-357-0400        617-357-8353 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Anthony Drago, Esq.

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| **Mohamed Djebbar** | Mohamed Djebbar | 03/25/2002 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

**Form I-485, Application to Register**
**Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **Djebbar** | Given Name **Mohamed** | Middle Initial |

Address - C/O

| | |
|---|---|
| Street Number and Name    **44 Revere Beach Parkway** | Apt. # **2** |

City
　　**Revere**

| | |
|---|---|
| State    **MA** | Zip Code    **02151** |

| | |
|---|---|
| Date of Birth (month/day/year)    **09/30/1975** | Country of Birth    **Algeria** |

| | |
|---|---|
| Social Security #    **NIA  015 - 86 - 3436** | A # (if any)    **NIA  095 477 062** |

| | |
|---|---|
| Date of Last Arrival (month/day/year)    **02/02/2000** | I-94 #    **N/A** |

| | |
|---|---|
| Current INS Status    **E.W.I.** | Expires on (month/year)    **N/A** |

### Part 2. Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| | |
| Resubmitted | |
| | |
| Reloc Sent | |
| | |
| Reloc Rec'd | |
| | |
| ☐ Applicant Interviewed | |

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #
　　**552437**

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| A. City/Town/Village of Birth    Oran | | Current occupation    Cook |
|---|---|---|
| Your mother's first name    Meriem | | Your father's first name    Mehdi |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**N/A**

| Place of last entry into the U.S. (City/State) **Houston, Texas** | In what status did you last enter?    *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Were you inspected by a U.S. Immigration Officer?    ☐ Yes  ☒ No | **EWI** |
| Nonimmigrant Visa Number    **N/A** | Consulate where Visa was issued **N/A** |
| Date Visa was issued (month/day/year)    **N/A**    Sex: ☒ Male ☐ Female | Marital Status    ☐ Married    ☒ Single    ☐ Divorced    ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes If you checked "Yes," give your date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name    **N/A** | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes    ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes    ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes    ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes    ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you? ☐ Yes    ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

**None**

## Part 3. Processing Information   *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| Mohamedjebbar | Mohamed Djebbar | 03/25/2002 | 781-289-6734 |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

## Part 5. Signature of person preparing form if other than above. *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | Anthony Drago, Esq. | 4-18-02 | 617-357-0400 |
| Firm Name and Address | Law Office of Anthony Drago | | |
| | 35 India Street, Boston, MA 02110 | | |

OMB #1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

**Supplement A to Form I-485**

START HERE - Please Type or Print

FOR INS USE ONLY

## Part 1.  Information about applicant

| | | |
|---|---|---|
| Family Name **Djebbar** | First Name **Mohamed** | Middle Name |

Address - C/O

| | |
|---|---|
| Street Number and Name **44 Revere Beach Parkway** | Apt. Suite **2** |

| | |
|---|---|
| City **Revere** | State or Province **MA** |

| | |
|---|---|
| Country **USA** | ZIP/Postal Code **02151** |

| | | |
|---|---|---|
| INS A # **N/A** | Date of Birth *(month/day/year)* **09/30/1975** | Country of Birth **Algeria** |

## Part 2.  Basis for Eligibility *(check one)*

1. On Form I-485, Part 2, I checked application type *(check one):*

    a. ☒ An immigrant petition.    Go to #2.
    b. ☐ My spouse or parent applied.    Go to #2.
    c. ☐ I entered as a K-1 fiance.    Stop Here. Do Not File This Form.
    d. ☐ I was granted asylum.    Stop Here. Do Not File This Form.
    e. ☐ I am a native or citizen of Cuba.    Go to #3.
    f. ☐ I am the husband, wife or child of a Cuban.    Go to #3.
    g. ☐ I have continuously resided in the U.S.    Stop Here. Do Not File This Form.
    h. ☐ Other.    Go to # 2
    i. ☐ I am already a permanent resident.    Stop Here. Do Not File This Form.
    j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban    Stop Here. Do Not File This Form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces    *(check one).*
    ☐ Yes  Stop Here. Do Not File This Form.        ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.    ☐ Yes  Stop Here. Do Not File This Form.        ☒ No  Go to #11.

4. I last entered the United States    *(check one):*
    ☐ As a stowaway.    Go to #11.    ☐ Legally without a visa as a visitor for tourism or business.    Go to #5.
    ☐ Legally as a crewman (D-1/D-2 visa).    Go to #11.
    ☒ Without inspection.    Go to #11.    ☐ Legally as a parolee.    Go to #5.
    ☐ Legally in transit without visa status.    Go to #11.    ☐ Legally with another type of visa (show type_____).    Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen    *(check one).*
    ☐ Yes  Stop Here. Do Not File This Form.        ☐ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I an applying for adjustment of status    *(check one).*

    ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.    Stop Here. Do Not File This Form.

    ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.    Stop Here. Do Not File This Form.
    ☐ Under some other category.    Go to #7.

### FOR INS USE ONLY (right column)

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed

| File Reviewed | Class of Adjustment Code: |
|---|---|

**To Be Completed by Attorney or Representative, if any**
☒ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #
**552437**

Form I-485 (01/18/01)Y - Supplement A

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167   *(check one).*

    ☐ Yes   **Stop Here. Do Not File This Form.**          ☐ No   **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization     *(check one).*

    ☐ Yes   **Go to #9.**                                  ☐ No   **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one):*

    ☐ Yes   **Stop Here. Do Not File This Form.**          ☐ No   **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one).*

    ☐ Yes   **Stop Here. Do Not File This Form.**

    ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.   **Stop Here. Do Not File This Form,**   Attach an explanation regarding this question to your Form I-485 application.

    ☐ No   **Go to #11.**

11. I am unmarried and less than 17 years old      *(check one).*

    ☐ Yes   **Stop Here. File This Form and Form I-485.**          Pay only the fee required with Form I-485.
    ☒ No    **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one).*

    ☐ Yes   **Stop Here. File This Form and Form I-485.**          Pay only the fee required with Form I-485.
    ☒ No    **Go to #13.**

13. **File The Form and Form I-485. You must pay the additional sum:**

    \$   220.00 - Fee required with Form I-485 *  and
    \$1,000.00 - Additional sum under section 245(i) of the Act

    **\$1,220.00 - Total amount you must pay.**

    *If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of \$1000.00. In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

---

**Part 3.**          **Signature.**  Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | | Date | Daytime Telephone No. |
|---|---|---|---|---|
| Mohamed Djebbar | Mohamed | Djebbar | 03-25-02 | 781-289-6734 |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4. Signature of person preparing form if other than above.          *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
|  | Anthony Drago, Esq. | 4-18-02 | 617-357-0400 |

| Firm Name and Address | Law Office of Anthony Drago | | | |
|---|---|---|---|---|
| | 35 India Street | **Boston** | **MA** | **02110** |

**U. S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0163
**Applicat.** . **for Employment Authorization**

| Do Not Write in This Block | | |
|---|---|---|
| Remarks | Action Stamp | Fee Stamp |
| A# | | |
| Applicant is filing under §274a.12 _____ | | |

☐ Application Approved. Employment Authorized / Extended (Circle one)    until _____ (Date).
  .    _____ (Date).

  Subject to the following conditions: _____
☐ Application Denied.
  ☐ Failed to establish eligibility under 8 CFR 274a.12(a) or (c).
  ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:    ☒ Permission to accept employment
  ☐ Replacement (of lost employment authorization document).
  ☐ Renewal of my permission to accept employment    (attach previous employment authorization document).

| 1. Name (Family Name in CAPS)    (First)    (Middle) | 11. Have you ever before applied for employment authorization from INS? |
|---|---|
| **Djebbar**    **Mohamed** | ☐ Yes (if yes, complete below)    ☒ No |
| 2. Other Names Used (Include Maiden Name)    **N/A** | Which INS office?    Date(s) |
| 3. Address in the United States    (Number and Street)    (Apt. Number) | Results (Granted or Denied - attach all documentation) |
| **44 Revere Beach Parkway**    **2** | |
| (Town or City)    (State/Country)    (ZIP Code) | 12. Date of Last Entry into the U.S. (Month/Day/Year) |
| **Revere    MA**    **USA**    **02151** | **02/02/2000** |
| 4. Country of Citizenship/Nationality | 13. Place of Last Entry into the U.S. |
| **Algeria    Algerian** | **Houston, Texas** |
| 5. Place of Birth (Town or City)    (State/Province)    (Country) | 14. Manner of Last Entry (Visitor, Student, etc.) |
| **Oran    Algeria    Algeria** | **EWI** |
| 6. Date of Birth (Month/Day/Year)    7. Sex | 15. Current Immigration Status (Visitor, Student, etc.) |
| **09/30/1975**    ☒ Male ☐ Female | **Adjustment Pending** |
| 8. Marital Status    ☐ Married    ☒ Single    ☐ Widowed    ☐ Divorced | 16. Go to Part 2 of the instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.). |
| 9. Social Security Number (Include all Numbers you have ever used)    **N/A** | Eligibility under 8 CFR 274a.12 |
| 10. Alien Registration Number (A-Number) or I-94 Number (if any)    **N/A    N/A** | ( **C** ) ( **9** ) ( ) |

## Certification

**Your Certification:**    I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking. I have read the instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| Mohamed Djebbar | **781-289-6734** | 08.25.02 |

**Signature of Person Preparing Form if Other Than Above:**    I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name    Address | Signature | Date |
|---|---|---|
| Anthony Drago, Esq.
Law Office of Anthony Drago
35 India Street, Boston, MA 02110 | | 4-18-02 |

| | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-765 (Rev. 04/28/00)Y

| (Family name) | (First name) | | (Middle name) | ☒MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) 09/30/1975 | | NATIONALITY Algerian | FILE NUMBER A. N/A |
|---|---|---|---|---|---|---|---|---|
| **DJEBBAR** | **Mohamed** | | | | | | | |
| ALL OTHER NAMES USED | (including names by previous marriages) | | | CITY AND COUNTRY OF BIRTH | | | | SOCIAL SECURITY NO. (if any) N/A |
| N/A | | | | Oran | | Algeria | | |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | | CITY AND COUNTRY OF RESIDENCE | |
|---|---|---|---|---|---|---|
| FATHER | Djebbar | Mehdi | 02/1937 | Masscara, Algeria | Oran | Algeria |
| MOTHER (Maiden name) Drai | | Meriem | 1948 | Masscara, Algeria | Oran | Algeria |

| HUSBAND(if none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |

| FORMER HUSBANDS OR WIVES (if none, so state) | | | | | |
|---|---|---|---|---|---|
| FAMILY NAME    (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE | |
| | | | | | |

| APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST | | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| 44 Revere Beach Parkway | Revere | MA | | USA | 02 | 2000 | PRESENT TIME | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR | | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| 27 Corbali Morsle | Oran | Oran | | Algeria | 09 | 1975 | 02 | 2000 |

| APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| FULL NAME AND ADDRESS OF EMPLOYER | | | OCCUPATION (SPECIFY) | MONTH | YEAR | MONTH | YEAR |
| El Paso Enchiladas | 3125 Faneuil Hall, Boston, MA, USA | | Cook | 03 | 2000 | PRESENT TIME | |
| Rest.Serv. of the Police | Hamman Bouhedj, Oran Algeria | | Cook | 01 | 1997 | 10 | 1999 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Show below last occupation abroad if not shown above. (Include all information requested above.) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION    ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | *Djebbar Mohamed* | 3-11-002 |
| | If your native alphabet is other than roman letters, write your name in your native alphabet here. | |
| Are all copies legible?    ☒ Yes | | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:    BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DJEBBAR | Mohamed | | N/A |

Form G-325  (Rev. 10-1-82) Y

**(1) Ident.**

**DEPARTMENT OF JUSTICE**
Immigration & Naturalization Service

**PROCESSING SHEET**

**Application or**
**Petition Form No.** _____

Filing Date: _____
File No. __N/A__

---

## Data Collection for Alien Documentation, Identification & Telecommunications System (ADIT) and I-181

| Please print or type information requested below: | SEX |
|---|---|
| NAME: __Mohamed__                    __Djebbar__ | $\times$ Male |
| STREET ADDRESS: __44 Revere Beach Parkway__          __2__ | _____Female |
| CITY: __Revere__ | Date of Birth: |
| STATE/ZIP CODE: __MA__          __02151__ | 09/30/1975 |

| CITY/TOWN/VILLAGE OF BIRTH: __Oran__ | COUNTRY OF BIRTH: __Algeria__ |
|---|---|
| COUNTRY OF NATIONALITY: __Algeria__ | COUNTRY OF LAST RESIDENCE: __Algeria__ |

MARITAL STATUS: $\times$ Single   ___Married   ___Widowed   ___Divorced   ___Separated

| OCCUPATION: | MOTHER'S FIRST NAME: | FATHER'S FIRST NAME: |
|---|---|---|
| Cook | Meriem | Mehdi |

### DO NOT WRITE BELOW THIS LINE

| N.I. class at time of adjustment | Year adm. to U.S. or year cng. to present NI class | Approval Notice, form I-797: |
|---|---|---|
| Place last NIV issued (U.S. Consular Post) | Date of issuance of last NIV | Classification: _____ |
| NUMBER OF LAST NIV | CLASSIFICATION OF LAST NIV | |
| I-94 NUMBER | | Priority Date: _____ |

WR-703   2211
12/04/95

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE   I140 |
| --- | --- | --- |
| EAC-02-043-51590 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| --- | --- | --- |
| November 21, 2001 | April 17, 2001 | BARAKA LLC DBA EL PASO ENCHILADAS |

| NOTICE DATE | PAGE | BENEFICIARY |
| --- | --- | --- |
| February 25, 2002 | 1 of 1 | DJEBBAR, MOHAMMED |

| | |
| --- | --- |
| ANTHONY DRAGO ESQ | **Notice Type:** Approval Notice |
| LAW OFFICE OF ANTHONY DRAGO | Section: Skilled Worker or |
| 35 INDIA ST | Professional, |
| BOSTON MA 02110 | Sec.203(b)(3)(A)(i) or (ii) |

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the
United States and will apply for adjustment of status.  The information submitted with the petition shows that the
person for whom you are petitioning is not eligible to file an adjustment of status application at this time.

Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the
area where the person for whom you are petitioning lives.

Until the person for whom you are petitioning files an adjustment application, or application for an immigrant visa,
this approved petition will be stored in this office.  If the person for whom you are petitioning decides to apply for
an immigrant visa outside the United States based on this petition, the petitioner should file Form I-824, Application
for Action on an Approved Application or Petition, with this office to request that we send the petition to the
Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which
consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to
that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



Form I 797 (Rev. 09/07/93)N

## U.S. DEPARTMENT OF LABOR
## EMPLOYMENT AND TRAINING ADMINISTRATION
### JFK Federal Building E-350
### Cambridge Street
### Boston, Massachusetts 02203
| FINAL DETERMINATION |

P2001-MA-01313695                                    In reply refer to 1TGESC: VXC

October 18, 2001                                            Mohammed Djebbar
                                                               Alien's name

                                                    Cook, Specialty, Foreign Food
                                                            Alien's Occupation

Baraka, LLC d/b/a El Paso Enchilad
Anthony Drago
c/o Anthony Drago, Jr., P.C.
35 India St. 4th fl
Boston, MA 02110

                                                            April 17, 2001
                                                Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment
Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the
Immigration and Nationality Act, as amended.

Form ETA 750 **has been certified** and is enclosed. This certification must be attached to the I-140
petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice,
Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

RAIMUNDO A. LOPEZ
Regional Certifying Officer

cc:     State ES Agency
        Baraka, LLC d/b/a El Paso Enchilad
        Mohammed Djebbar

Attachments: ETA 750A, ETA 750B                         ETA 7145PA(REV.MAR.,1990)

OMB Approval No. 44-R1301

| U.S. DEPARTMENT OF LABOR<br>Employment and Training Administration<br><br>APPLICATION<br>FOR<br>ALIEN EMPLOYMENT CERTIFICATION | IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM<br>PRINT legibly in ink or use a typewriter. If you need more space to answer questions in this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.<br><br>To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001). |
|---|---|

**PART A. OFFER OF EMPLOYMENT**

| 1. Name of Alien (Family name in capital letter, First, Middle, Maiden)<br>Djebbar    Mohamed | | | |
|---|---|---|---|
| 2. Present Address of Alien (Number, Street, City and Town, State ZIP code or Province, Country)<br>44 Revere Beach Parkway    #2<br>Revere    MA    USA    02151 | | | 3. Type of Visa (if in U.S)<br>N/A |

The following information is submitted as an offer of employment.

| 4. Name of Employer (Full name of Organization)<br><br>Baraka, LLC d/b/a El Paso Enchiladas | 5. Telephone<br><br>617-723-4134 |
|---|---|

| 6. Address (Number, Street, City and Town, State ZIP code)<br>3125 Faneuil Hall Marketplace<br>Boston    MA    02109 |
|---|

| 7. Address Where Alien Will Work (if different from item 6)<br>Same |
|---|

| 8. Nature of Employer's Business<br>Activity Restaurant | 9. Name of Job Title<br>Specialty Cook | 10. Total Hours Per Week | | 11. Work Schedule | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | (Hourly)<br>9:00  a.m.<br>5:00  p.m. | a. Basic<br>$ 12.57<br>per hour | b. Overtime<br>$<br>per hour |
| | | 40 | | | | |

| 13. Describe Fully the job to be Performed    (Duties) |
|---|
| Plan menus and cook Mexican style dishes, dinners, desserts, and other foods according to recipes; prepare meats, soups, sauces, vegetables, and other foods prior to cooking. Season and cook food according to prescribed method. Portion and garnish food for serving. |

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactorily the job duties described in item 13 above. | | | | | 15. Other Special Requirements |
|---|---|---|---|---|---|
| EDU-CATION (Enter number of years) | Grade School | High School | College | College Degree Required    (specify)<br><br>Major Field of Study | |
| TRAIN-ING | No. Yrs. | | No. Mos. | Type of Training | |
| EXPERI-ENCE | Job Offered<br>Number<br>Yrs. 2  Mos. or | Related Occupation<br>Yrs. 2  Mos. | Related Occupation    (specify)<br>Food Preparation | | |

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor<br>➤ ➤ Owner | 17. Number of Employees Alien Will Supervise ➤ 0 |
|---|---|

ENDORSEMENTS (Make no entry in section - for Government use only)

| | Date Forms Received |
|---|---|
| L.O. | S.O. |
| R.O. | N.O. |

NOV 1 8 2001

CERTIFICATION
PURSUANT TO THE PROVISIONS OF SECTION 212 (a) (14) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED I HEREBY CERTIFY THAT THERE ARE NOT SUFFICIENT U.S. WORKERS AVAILABLE AND THE EMPLOYMENT OF THE ABOVE WILL NOT ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF WORKERS IN THE U.S. SIMILARLY EMPLOYED.

| Ind. Code<br>5812 | Occ. Code<br>313.361-030 |
|---|---|
| Occ. Title<br>COOK SPECIALTY/<br>FOREIGN FOOD | |

Replaces MA 7-50A, B and C (Apr. 1970 edition) which is obsolete.

_(signature)_

(DATE)    (CERTIFYING OFFICER)

ETA 750 (Oct. 1979)

PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

OR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION. If alien is in the U.S., contact nearest office of
Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.

IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.

Print legibly in ink or use a typewriter. If you need more space to fully answer any questions on this form, use a separate sheet. Identify
each answer with the number of the corresponding question. Sign and date each sheet.

| 1. Name of Alien (Family name in capital letters) | First name | Middle name | Maiden name |
|---|---|---|---|
| Djebbar | Mohamed | | |

| 2. Present Address (No., Street, City or Town, State or Province and ZIP code) | | Country | 3. Type of Visa (if in U.S.) |
|---|---|---|---|
| 44 Revere Beach Parkway | #2 | | NONE |
| Revere        MA | USA | 02151 | |

| 4. Alien's Birthdate (Month, Day, Year) | 5. Birthplace (City or Town, State or Province) | Country | 6. Present Nationality or Citizenship (Country) |
|---|---|---|---|
| 09/30/1975 | Oran | Algeria | Algerian |

7. Address in United States Where Alien Will Reside

Same as Above

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | | | 9. Occupation in which Alien is Seeking Work |
|---|---|---|---|
| El Paso Enchiladas | | | Specialty Cook |
| 3125 Faneuil Hall | | | |
| Quincy, Market, Boston         MA | | 02109 | |

10. "X" the appropriate box below and furnish the information required for the box marked

| a | ☐ Alien will apply for a visa abroad at the American Consulate in | City in Foreign Country | Foreign Country |
|---|---|---|---|
| b | ☒ Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at | City       Boston        MA | State |

| 11. Names and Addresses of Schools, Colleges and Universities Attended (include trade or vocational training facilities) | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SPECIAL QUALIFICATIONS AND SKILLS

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

13. List Licenses (Professional, journeyman, etc.)

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

Letter from previous employer.

| Endorsements | DATE REC. DOL |
|---|---|
| | O.T. & C. |
| (Make no entry in this section - FOR Government Agency USE ONLY) | |

(Items continued on next page)

# A-1 Translation
# 120 Blackstone Street
# Boston, MA 02109
# (617) 367-1331

## Democratic and Popular Algerian Republic

## Birth Certificate

COUNTY
Oran

DISTRICT
Oran

COMMUNITY
Oran

30/09/1975
DEC7704M130819723
101

CIVIL STATE
Act No. 12068B
Djebbar, Mohamed

On September thirty,  nineteen hundred seventy-five at one forty o'clock was born in Oran, Djebbar Mohamed of masculine sex, son of Djebbar Mehdi, worker at Sonatrach, and of Drai Meriem, no profession, his wife  living at Oran.

Issued on:

Marginal Notes: Nothing

Valid outside the country
 Signatures follow:

Certified copy

Oran, February 3, 2002
Seal of the Community

(Stamped  and signed)

*I have been trained in the French language
and am competent to translate from French to
English and from English to French*

*April Bargout*

A1 TRANSLATION SERVICES
APPROVED BY
PROFESSOR ABDO K. IBRAHIM

3/5/02

**WILAYA D'ORAN**

**DAIRA D'ORAN**

**COMMUNE D'ORAN**

REPUBLIQUE ALGERIENNE
DEMOCRATIQUE ET POPULAIRE

# ACTE DE NAISSANCE

Copie intégrale

30/09/1975

DEC7704M130819723101

### ETAT CIVIL

N° : **12068B**
**DJEBBAR**
**Mohamed**

(1) En toutes lettres.
(2) Nom et prénoms de l'enfant.
(3) Par le père, le médecin, la sage-femme ou toute autre personne ayant assisté à l'accouchement.

Le (1) : Trente Septembre Mil Neuf Cent Soixante Quinze

Onze heure : Quarante , est né : à Oran

(2) : **DJEBBAR    Mohamed**

du sexe : **Masculin**        Fils de : **DJEBBAR**

**Mehdi    ,    Ouvrier Sonatrach**

et de : **DRAI    Meriem    , Sans    Son epouse.**

domiciliés : Oran

Dressé le (1) :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . heure : . . . . . . . . . . . . . . . . sur la déclaration

faite (3) :

. . . . . . . . . . . . . . . NEANT . . . . . . . . . .

Suivent les signatures :

NEANT / / / / / / /

Marié le :
avec :
Fait le :

.LABLE UNIQUEMENT POUR L'ETRANGER

Pour copie conforme :

ORAN Le 03/02/2002 11:47:56    CIN°: 273

Cachet de la Commune

Signé AKAB Fhih

‫د.ل 1337 197‬

# الجمهورية الجزائرية الديمقراطية الشعبية

## REPUBLIQUE ALGERIENNE DEMOCRATIQUE ET POPULAIRE
## PEOPLE'S DEMOCRATIC REPUBLIC OF ALGERIA

‫هذا الجواز ملك الدولة الجزائرية‬
Ce passeport est la propriété de l'Etat Algérien
This passport is the property of the State of Algeria

‫هذا الجواز يحتوي على 28 صفحة‬
Ce passeport contient 28 pages
This passport contains 28 pages

‫اللقب ‫جبار‬

**Nom**
**Name** DJEBBAR

‫الاسم ‫محمد‬

**Prénom** Mohamed
**Givenname**

**Nationalité Algérienne** ‫جنسية جزائرية‬
**Nationality : Algerian**

‫مكان الميلاد ‫وهران‬

**Lieu de naissance** Oran
**Place of birth**
**Date de naissance** 30 . 09 . 1975 ‫مولود في‬
**Date of birth**

‫توقيع حامل الجواز‬
**Signature du titulaire**
**Signature of bearer**



01

02

معلومات إضافية

Renseignements Complémentaires
Other information

Profession _____ المهنة _____

Domicile ____ مكان الإقامة ____
Adress _____ Morar Korbah سي ٢٨ _____

الأوصاف

Signalement
Description

Taille _____ القامة ____ ١,٦٥
Height

Yeux _____ لون العين ____ Noir
Eyes

Cheveux _____ لون الشعر ____
Hair

Signes particuliers _____ علامات مميزة ____
Special Signs

_____ مصادرة و ختم الإمضاء _____

Etabli à _____
Issued at
Le _____
On _____ 2 1 JUIN 1997
Expire le _____
Expires on _____ 2 0 JUN 2002

عن الوالي

توقيع و ختم السلطة التي أحدرت
Signature et cachet de l'autorité qui a délivré le passeport
Signature and seal of the .... passport authority

المكلف بالمديرية

إمضاء : بن طاطا محمد

④

تـمـديـد
Prorogation
Renewal

مدة هذا الجواز بتاريخ ــ Passeport prorogé le
Passeport renewed on

في ــ à
in

ينتهي في ــ Valable jusqu'au
Valid until

المهنة ــ Profession

مكان الإقامة ــ Domicile
Adress

توقيع و ختم السلطة التي مددت الجواز
Signature et cachet de l'autorité qui a prorogé le passeport
Signature and seal of the authority which has renewed the passport

طابع جبائي
مؤشر
بختم السلطة

اللقب
Nom
Name

الاسم
Prénom
Givenname

تاريخ الميلاد
Date de naissance / Date of birth

| صورة<br>Photographie<br>Photography | صورة<br>Photographie<br>Photography | صورة<br>Photographie<br>Photography | صورة<br>Photographie<br>Photography |

اللقب
Nom
Name

الاسم
Prénom
Givenname

تاريخ الميلاد
Date de naissance / Date of birth

⑤



# YMCA OF GREATER BOSTON
# EDUCATION AND TRAINING BRANCH
# INTERNATIONAL LEARNING CENTER

## CERTIFICATE OF ACHIEVEMENT

### PRESENTED TO

## Mohammed Djebbar

FOR SATISFACTORY COMPLETION OF ENGLISH AS A SECOND LANGUAGE

*Beginner I*

December 21, 2000

DATE

TEACHER

DIRECTOR

ROGER R. JEAN-CHARLES, M.D.
INTERNAL MEDICINE - NEPHROLOGY
BOSTON UNIVERSITY MEDICAL CENTER
DOCTORS OFFICE BUILDING, SUITE 506
720 HARRISON AVE.
BOSTON, MA 02118-2334

. S. DEPARTMENT OF JUSTICE
Immig... .. .. ..aralization
J.F. Kennedy Building
Boston, MA 02203

RE: MOHAMED DJEBBAR



TravelersExpress**MoneyGram**

INTERNATIONAL
MONEY ORDER

03/08/02     75-53/919

9710615276
MONEY ORDER
IMPORTANT - SEE BACK BEFORE CASHING

**\*\*\*\$255.00**

TWO HUNDRED \*\*\*\*
FIFTY-FIVE \*\*\*\*\*
DOLLARS 00 CENTS

PAY TO THE
ORDER OF: _US Immigration + N. Service_

PURCHASER,
SIGNER FOR DRAWER: _Rebbar Mohamed_
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS: _____
Payable Thru
WF National Bank South Central          ISSUER/DRAWER:
Faribault, MN                           TRAVELERS EXPRESS COMPANY, INC.

962142021150211
1664042067108276

⑆091900533⑆971 0615276⑈          90

9710615276

---

TravelersExpress**MoneyGram**

INTERNATIONAL
MONEY ORDER

03/08/02     75-53/919

9710615275
MONEY ORDER
IMPORTANT - SEE BACK BEFORE CASHING

**\*\*\*\$120.00**

ONE HUNDRED \*\*\*\*
TWENTY DOLLARS \*
00 CENTS \*\*\*\*\*\*\*

PAY TO THE
ORDER OF: _US Immigration + N. Service_

PURCHASER,
SIGNER FOR DRAWER: _Rebbar Mohamed_
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS: _____
Payable Thru
WF National Bank South Central          ISSUER/DRAWER:
Faribault, MN                           TRAVELERS EXPRESS COMPANY, INC.

962142021150211
1664042067108275

⑆091900533⑆971 0615275⑈          90

9710615275

---

TravelersExpress**MoneyGram**

INTERNATIONAL
MONEY ORDER

03/08/02     75-53/919

9710615274
MONEY ORDER
IMPORTANT - SEE BACK BEFORE CASHING

**\*\*\*\$50.00**

FIFTY DOLLARS \*\*
00 CENTS \*\*\*\*\*\*\*

PAY TO THE
ORDER OF: _US Immigration + N. Service_

PURCHASER,
SIGNER FOR DRAWER: _Rebbar Mohamed_
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS: _____
Payable Thru
WF National Bank South Central          ISSUER/DRAWER:
Faribault, MN                           TRAVELERS EXPRESS COMPANY, INC.

962142021150211
1664042067108274

⑆091900533⑆971 0615274⑈          90

9710615274

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001



**U.S. Citizenship
and Immigration
Services**

March 14, 2005

ANTHONY DRAGO ESQ
LAW OFFICE OF ANTHONY DRAGO
35 INDIA ST
BOSTON MA 02110

Dear Anthony Drago Esq:

On 02/14/2005 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | MOHAMMED DJEBBAR |
| **Case type:** | I-485 EMPLOYMENT BASED |
| **Filing date:** | 04/22/2002 |
| **Type of Service Requested:** | CASE STATUS |
| **Receipt number:** | EAC0217451749 |
| **Beneficiary:** | |

The status of this service request is:

Your petition/application has been transferred to the Immigration office listed below on March 4, 2004. Please address your inquiry to:

U.S. Citizenship & Immigration Services
Boston District Office/Government Center
JFK Federal Building Room E160
Boston MA 02203

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov (forms and appointments can be obtained from this site). You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

MAR    2005

Page 2 of 2

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. An AR-11 form has been provided with this letter for your convenience. Where possible, please provide an A-number or other identifying numbers. You must complete the Form AR-11 and mail to the London, KY address. Failure to complete all applicable sections may delay processing of the form. Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

*Paul E. Novak G.*

Paul E. Novak, Jr.
Center Director

# THE LAW OFFICES OF
# ANTHONY DRAGO, JR., P.C.

Anthony Drago, Jr.*
Elizabeth A. Smith **

* Admitted in Massachusetts and New York
** Admitted in Massachusetts

35 INDIA STREET, 2ND FLOOR
BOSTON, MA 02110

(TEL) 617-357-0400
(FAX) 617-357-8353

March 7, 2005

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn: Exams Officer Richard Simmons

**RE: Mohamed Djebbar - A95-477-062 – Application to Adjust Status**

Dear Officer Simmons:

On April 5, 2004 you interviewed Mohamed Djebbar in connection with his application to adjust status. At the time of the interview you indicated that a decision could not be made because one security check had not cleared. Eleven months have now elapsed since the interview and we have yet to receive a decision on the case.

On October 7, 2004, my office sent a status inquiry letter along with a copy of the death certificate for Mr. Djebbar's sister. In the letter, we informed you that Mr. Djebbar's sister had passed away in Algeria and that he was hoping to return to Algeria to grieve with his family. I have enclosed a copy of the correspondence for your reference. Unfortunately, we did not receive a response to our inquiry and Mr. Djebbar's case is still pending.

Please contact me if you need any additional information regarding the case. Otherwise, kindly review the file and issue an approval notice as soon as possible. Thank you for your attention to this matter.

Sincerely,

*Elizabeth A. Smith*

Elizabeth A. Smith, Esq.

Enclosures
Cc: Mohamed Djebbar

THE LAW OFFICES OF
# ANTHONY DRAGO, JR., P.C.

Anthony Drago, Jr.*
Cynthia M. Vega**

* Admitted in Massachusetts and New York
** Admitted in Maryland

35 INDIA STREET, 2ND FLOOR
BOSTON, MA 02110

(TEL) 617-357-0400
(FAX) 617-357-5353

October 7, 2004

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn: Officer Richard Simmons

RE:   Mohamed Djebbar - A95-477-062 – Application to Adjust Status

Dear Officer Simmons:

On April 5, 2004 you interviewed Mohamed Djebbar in connection with his application to adjust status. At the time of the interview you indicated that a decision could not be made because one security check had not cleared. Six months have now elapsed since the interview and we have yet to receive correspondence regarding the status of the case.

For your reference I have enclosed a copy of the death certificate for Mr. Djebbar's sister. As you can imagine her death has been very traumatic for Mr. Djebbar's family, especially since his sister was only 19 years old. Due to the circumstances Mr. Djebbar would like to visit his family in Algeria, but requires his residence in order to return to this country.

Kindly review the file for this case and issue an approval as soon as possible. Should you require additional documents in support of the application, please contact me. Thank you for your attention to this matter.

Sincerely,

Anthony Drago

Cc:   Mohamed Djebbar

- Translation-

People's Democratic Republic of Algeria

Copy of Death certificate

Prefecture of :ORAN

Department of :ORAN

Municipality of : ORAN

Civil status :
N° 1814
Family book .
14_1958

On 26th of September 2004 was registered the death of :

DJEBBAR ZOHRA    In: ORAN

Date of Birth : March 31st 1985   In: ORAN

Father's name : Djebbar Mehdi

Mother's maiden name : Drai Meriem

Copy true of the original
Oran on 09-28-04
On behalf of the registrar
Signed Mentfekh .

Certified true translation   Seal of the above mentioned municipality.

Oran, on September 29th, 2004

Name and firstname:
DJEBBAR ZOHRA

Judiciary translator
E. TA D

الجُمْهُورِيَّةُ الجَزَائِرِيَّةُ الدِّيمُقْرَاطِيَّةُ الشَّعْبِيَّةُ

وِلَايَة

دَائِرَة

نُسْخَةٌ مِنْ سِجِلَّاتِ شَهَادَاتِ الوَفَاة

بَلَدِيَّة

بِتَارِيخ ٢٦ سِبْتَمْبِر ... بِـ ٩ ﺇ ﺩ ﺍ ﺕ

الحَالَةُ المَدَنِيَّةُ    عَلَى السَّاعَةِ    الدَّقِيقَةِ

رَقْمُ الشَّهَادَةِ ١٢٤٢    نُوُفِّيَ جبار رهمرة ...

المَوْلُود بِـ ... ٩ ﺇ ﺩ ﺍ ﺕ وِلَايَة ٩ ﺇ ﺩ ﺍ ﺕ

السِّنُّ    المِهْنَةُ

اِبْنُ: حبار ملهرية

وَ ... ٢٢ ذر لم

حُرِّرَ بِتَارِيخ

بِـ    عَلَى السَّاعَةِ

اِعْتِمَادًا عَلَى تَصْرِيحٍ أَدْلَى بِهِ السَّيِّدُ

السَّاكِنُ بِالبَلَدِيَّة وَالَّذِي بَعْدَ تِلَاوَةِ هَذَا العَقْدِ وَقَّعَ مَعَنَا نَحْنُ

ضَابِطُ الحَالَةِ المَدَنِيَّةِ

الإِمْضَاءَاتُ

نُسْخَةٌ مُطَابِقَةٌ لِلأَصْلِ:

حُرِّرَ بِـ

ضَابِطُ الحَالَةِ المَدَنِيَّةِ

نادية

الكِتَابَةُ السَّابِقَةُ لِلإِسْمِ وَاللَّقَبِ

# THE LAW OFFICES OF
# ANTHONY DRAGO, JR., P.C.

Anthony Drago, Jr.*
Cynthia M. Vega**

* Admitted in Massachusetts and New York
** Admitted in Maryland

35 INDIA STREET, 2ND FLOOR
BOSTON, MA 02110

(TEL) 617-357-0400
(FAX) 617-357-8353

September 3, 2004

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn: Officer Richard Simmons

### RE: Second Status Inquiry for I-485 interview for Mohamed Djebbar, A-95-477-062, interview held on 04/05/2004

Dear Officer Simmons:

Enclosed please find a copy of a status request submitted to you on June 3, 2004. As stated in the initial letter, Mr. Djebbar was interviewed on April 5, 2004 in connection with his application to adjust status to permanent resident. A decision could not be made at the time of his interview because a security check had not cleared. It has now been about five months since his interview and we have yet to receive correspondence regarding the status of Mr. Djebbar's case.

Please notify our office regarding the status of the case. If you have any questions, please contact me.

Sincerely,

Cynthia M. Vega, Esq.

THE LAW OFFICES OF
# ANTHONY DRAGO, JR., P.C.

Anthony Drago, Jr.*
Cynthia M. Vega**

35 INDIA STREET, 2ND FLOOR
BOSTON, MA 02110

* Admitted in Massachusetts and New York
** Admitted in Maryland

(TEL) 617-357-0400
(FAX) 617-357-8353

June 3, 2004

U.S. Department of Justice
U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn: Officer Simmons

> **RE:** **Status Inquiry for I-485 interview for Mohamed Djebbar, A-95-477-062, held on 04/05/2004**

Dear Officer Simmons:

The above-referenced was interviewed on April 5, 2004 in connection with his application to adjust status to permanent resident. At the time of the interview a decision could not be made and to date we have not received any correspondence from your office regarding his case.

Please notify our office regarding the status of the case. If you have any questions, please contact me.

Sincerely,

Anthony Drago

JS 44 (Rev. 11/04)

**CIVIL COVER SHEET** 05 11243 JLT

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Mohamed Djebbar | United States Attorney General, Alberto Gonzales, et al. |

**(b)** County of Residence of First Listed Plaintiff **Suffolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Anthony Drago, Esq., Anthony Drago, Jr., P.C., 35 India Street, Boston, MA 02110 (617) 357-0400

Attorneys (If Known)

U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☒ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1361

Brief description of cause:
Mandamus action brought to compel U.S. CIS to adjudicate Plaintiff's application to adjust status

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE ___ DOCKET NUMBER ___

DATE 6-14-05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)    Mohamed Djebbar v. Alberto Gonzales, et. al.
_____

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
    rule 40.1(a)(1)).

|   |     |   |
|---|-----|---|
| ☐ | I.  | 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT. |
| ☑ | II. | 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121<br>740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases |
| ☐ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,<br>315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,<br>380, 385, 450, 891. |
| ☐ | IV. | 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,<br>690, 810, 861-865, 870, 871, 875, 900. |
| ☐ | V.  | 150, 152, 153. |

05 - 11243 JLT

3.  Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this
    district please indicate the title and number of the first filed case in this court.
    n/a

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                        YES ☐        NO ☑

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
    §2403)

                                                        YES ☐        NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                        YES ☐        NO ☑

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                        YES ☐        NO ☑

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                        YES ☑        NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?

        Eastern Division  ☑          Central Division  ☐          Western Division  ☐

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
        residing in Massachusetts reside?

        Eastern Division  ☐          Central Division  ☐          Western Division  ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes,
    submit a separate sheet identifying the motions)

                                                        YES ☐        NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Anthony Drago, Jr., Esq.
_____

ADDRESS   35 India Street - 2nd floor
_____

TELEPHONE NO.   (617) 357-0400
_____

(CategoryForm.wpd - 5/2/05)