AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MOHAMED DJEBBAR – A95-477-062,

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

**ALBERTO GONZALES, Attorney General;**
**U.S. DEPARTMENT OF HOMELAND SECURITY;**
**U.S. CITIZENSHIP AND IMMIGRATION**
**SERVICES;**



05 - 11243 JLT

TO: (Name and address of defendant)

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn:   Denis Riordan, District Director

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Drago, Jr., Esq.
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



NTON

CLERK

DATE   10-14-05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/20/2005 |
|---|---|
| NAME OF SERVER (PRINT) Anthony Drago, Jr. | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service In Hand to Denis Riordan, District Director of U.S. Citizenship and Immigration Services via delivery to the Attorney Drop Box located at JFK Building, Government Center, Room E-160, Boston MA 02203.
on 6/20/05

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/22/05___
Date

Signature of Server

35 India St - Boston, MA
02110
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure