AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MOHAMED DJEBBAR – A95-477-062,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

ALBERTO GONZALES, Attorney General;
U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES;

TO: (Name and address of defendant)
Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

**05 - 11243 JLT**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Drago, Jr., Esq.
Anthony Drago, Jr., P.C.
35 India Street
Boston, MA 02110
(617) 357-0400

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

DATE  6-14-05

(BY) D

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6/17/2005 |
| NAME OF SERVER (PRINT) Anthony Drugo, Jr. | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sending a copy of the summons and complaint to the U.S. Attorney at U.S. Courthouse, 1 Courthouse Way Suite 9200, Boston MA 02210, via First Class Mail, postage prepaid, on 6-17-05

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-22-05
            Date                           Signature of Server

                                   35 India St - Boston, MA
                                   Address of Server
                                                       02110

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure