UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAMED DJEBBAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, U.S. DEPARTMENT )<br>OF HOMELAND SECURITY; U.S. )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>05-11243-JLT |

### STIPULATION OF DISMISSAL
### WITHOUT PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties move this Honorable Court to dismiss this action without prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,                    For the Defendant,

                                      By their attorney,

                                      MICHAEL J. SULLIVAN,
                                      United States Attorney

_/s/ Anthony Drago Jr._                _/s/ Rayford A. Farquhar_
ANTHONY DRAGO, JR.                     RAYFORD A. FARQUHAR
Law Office of Anthony Drago, P.C.      Assistant U.S. Attorney
35 India Street                        1 Courthouse, Suite 9200
Boston, MA 01106                       Boston, MA 02210
(617) 357-0400                         (617) 748-3100

Dated: 2/2/06

1